UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08 CR 1908 W |
| Plaintiff, ) | **I N D I C T M E N T** |
| v. ) | Title 8, U.S.C., Secs. 1326(a) and (b) - Attempted Entry After Deportation |
| MARCO ANTONIO ROMAN-SERRANO, ) | |
| Defendant. ) | |

The grand jury charges:

On or about April 6, 2008, within the Southern District of California, defendant MARCO ANTONIO ROMAN-SERRANO, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States to Mexico, and not having obtained said express consent to reapply for admission thereto; and committed an overt act to wit, crossing the border from Mexico into the United States, that was a substantial step toward committing the offense, all in violation of Title 8, United States Code, Sections 1326(a) and (b).

CJB:nlv:San Diego
6/9/08

It is further alleged that defendant MARCO ANTONIO ROMAN-SERRANO, was removed from the United States subsequent to April 2, 1999.

DATED: June 11, 2008.

A TRUE BILL:

*[signature]*
Foreperson

KAREN P. HEWITT
United States Attorney

By: *[signature]*
CARLA J. BRESSLER
Assistant U.S. Attorney