AO 455(Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA



UNITED STATES OF AMERICA

v.

MARCO ROMAN-SERRANO

WAIVER OF INDICTMENT

CASE NUMBER: 08CR1908-W

I, MARCO ROMAN-SERRANO, the above named defendant, who is accused of violating two counts of Title 8, United States Code, Section 1325– illegal entry, a felony, being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on 9/8/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER