**FILED**

SEP - 8 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARCO ROMAN-SERRANO,<br><br>Defendant. | Criminal Case No. 08CR1908-W<br><br>I N F O R M A T I O N<br>**(Superseding)**<br>Title 8, U.S.C., Sec. 1325 -<br>Illegal Entry (Misdemeanor);<br>Title 8, U.S.C., Sec. 1325 -<br>Illegal Entry (Felony);<br>Title 8, U.S.C., Sec. 1325 -<br>Illegal Entry (Felony) |

The United States Attorney charges:

Count 1

On or about February 2008, within the Southern District of California, defendant MARCO ROMAN-SERRANO, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

1

Count 2

2    On or about March 2008, within the Southern District of

3  California, defendant MARCO ROMAN-SERRANO, being an alien,

4  unlawfully entered or attempted to enter the United States at a

5  time and place other than as designated by immigration officers,

6  and eluded examination and inspection by immigration officers, and

7  attempted to enter or obtained entry to the United States by

8  willfully false or misleading representation or the willful

9  concealment of a material fact and previously committed the offense

10 of illegal entry, as alleged in Count 1; all in violation of

11 Title 8, United States Code, Section 1325, a felony.

12

Count 3

13    On or about April 6, 2008, within the Southern District of

14 California, defendant MARCO ROMAN-SERRANO, being an alien,

15 unlawfully entered or attempted to enter the United States at a

16 time and place other than as designated by immigration officers,

17 and eluded examination and inspection by immigration officers, and

18 attempted to enter or obtained entry to the United States by

19 willfully false or misleading representation or the willful

20 concealment of a material fact and previously committed the offense

21 of illegal entry, as alleged in Count 1; all in violation of

22 Title 8, United States Code, Section 1325, a felony.

23    DATED: ___9-8-08___ .

24

25                          KAREN P. HEWITT
                           United States Attorney

26                          ALESSANDRA P. SERANO
                           Assistant U.S. Attorney

27

28